# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,       ) | |
|           Plaintiff,    ) | **ORDER** |
|           vs.                ) | |
| Dakota Ernestine Drain,   ) | Case No. 1:24-cr-190 |
|           Defendant. ) | |

On October 30, 2024, the grand jury returned an indictment in this action charging Dakota Ernestine Drain ("Drain") and others with multiple drug offenses. (Doc. No. 1). At the United States' request, an arrest warrant for Drain was issued. (Doc. No. 6).

The court, on its own motion, quashes Drain's arrest warrant (Doc. No. 6) as she is currently being supervised by the Pretrial Services Office while she awaits her plea and sentencing hearing on January 7, 2025, in <u>United States v. Drain</u>, Case No. 1:23-cr-102.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2024.

                                                    */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court